**Harry MULLINS, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. 74401.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Jefferson City, for appellant.

Daniel V. O'Brien, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

**ORDER**

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's judgment reinstating the driving privileges of Harry Mullins (Driver) after the Director had suspended them pursuant to section 302.505, RSMo Cum. Supp.1997, following Driver's arrest for driving while intoxicated.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Warnell REID, Appellant.**

**No. 74386.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1999.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, J.J.

**ORDER**

PER CURIAM.

Defendant, Warnell Reid, appeals from a judgment of conviction, after a jury trial, of possessing a controlled substance in a correctional facility. Section 217.360, RsMO (Cum. Supp.1997). He was sentenced as a persistent offender to an additional ten years imprisonment.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).